Mr. Philippe Buhannic
65 Central Park West, Apt. 17A
New York, NY 10023
(917) 716-3542
pbuhannic@gmail.com

May 7, 2018

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 619
New York, NY 10007

          re: Buhannic, et al. v. Tradingscreen Inc., et al.
          (Case Number 1:2017cv07993)

Dear Judge Ramos,

My name is Philippe Buhannic, and I am the pro se petitioner in the aforementioned case.

I am writing to your honor regarding my ability to be in the country for the court conference on May 8, 2018. I will not be able to make it back to New York due to visa issues. Thus, I would like to request leave to appear telephonically for the conference or for it be adjourned (preferably to May 16 or later).  If either of these options would be possible, I would be exceedingly grateful.

Thank you for your time and consideration.

Respectfully,

*[signature]*

Philippe Buhannic


cc:     All Counsel of Record (via e-file)